McCORMACK, Respondent, v. McCOR-MACK, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Margaret M. McCormack against George McCormack. S. B. Stiles, of New York City, for appellant. W. F. Byrne, of New York City, for respondent. No opinion. Order reversed, and motion for alimony and counsel fee denied. Order filed.

McCORMICK, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Mary E. McCormick against the New York Life Insurance Company.

PER CURIAM. Motion granted, and decision heretofore and on the 30th day of April, 1913 (156 App. Div. 406, 141 N. Y. Supp. 993), made herein, is amended by striking out the words, "and judgment directed for the defendant dismissing the complaint upon the merits, with costs, including costs of this appeal," and inserting in lieu thereof the words, "and a new trial granted, with costs to appellant to abide event."

McDERMOTT DAIRY CO. v. NIMMCKE. (Supreme Court, Appellate Term, First Department. October 23, 1913.) Appeal from City Court of New York, Special Term. Action by the McDermott Dairy Company against Ernest R. Nimmcke. From an order of the City Court adjudging defendant, as a judgment debtor, guilty of contempt, he appeals. Order reversed. Grossfield Bros., of New York City, for appellant. Yankauer & Davidson (Jacob M. Cohen, of New York City, of counsel), for respondent.

PER CURIAM. The examination of the judgment debtor disclosed that the money in the bank was that of his wife, and upon the motion made to punish him for contempt the wife came into court and showed that she was the owner of the fund, and this was undisputed. The judgment creditor's right to reach this money is at least so questionable that it should not be enforced by contempt proceedings. Order reversed, with $10 costs and disbursements, the amount, when taxed, to be credited upon the judgment.

McELROY v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Robert L. McElroy against Albert Goldstein. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 153 App. Div. 900, 138 N. Y. Supp. 1127.

McHUGH, Appellant, v. McHUGH, Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Emeline W. McHugh against Joseph F. McHugh. No opinion. Order modified, by providing that defendant pay $50 alimony within 10 days after order herein, and $50 additional before trial, and that in default of either

payment he be fined the sum of $100, and be committed until such sum be paid, and, as so modified, affirmed, without costs.

In re McLAUGHLIN. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) In the matter of the petition of John McLaughlin for an inspection of the books, etc., of the Glenside Woolen Mills. No opinion. Order affirmed, with costs.

In re McLAUGHLIN. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) In the matter of the petition of James McLaughlin, Jr., for an inspection of the books, etc., of the Glenside Woolen Mills. No opinion. Order affirmed, with costs.

McLEER ELECTRIC & MFG. CO., Respondent, v. PALMER & SINGER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by the McLeer Electric & Manufacturing Company against the Palmer & Singer Manufacturing Company.

PER CURIAM. Order modified, by granting, without condition, defendant's motion for a substitution and a delivery of the papers in this action, and by reducing to the sum of $15,000 the amount of the bond to secure the payment of any judgment which may be recovered in the action, as a condition of opening the defendant's default, and, as so modified, affirmed, without costs. Settle order before Mr. Justice STAPLETON. See, also, 157 App. Div. 896, 142 N. Y. Supp. 1129.

McNAUGHTON v. BUFFALO, R. & P. R. CO. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Clarence E. McNaughton against the Buffalo, Rochester & Pittsburg Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

McNELUS et al., Respondents, v. STILLMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by James A. McNelus and another against Edwin A. Stillman and others. A. P. Nevin, of New York City, for appellants. W. G. Merritt, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to answer on payment of costs. Order filed.

MABIE v. SEYMOUR et al. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Cornelia M. Mabie against Edmund Seymour and others. No opinion. Interlocutory judgment (80 Misc. Rep. 280, 140 N. Y. Supp. 1097) affirmed, with costs, with leave to appellants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.